# Court of Appeals
# of the State of Georgia

ATLANTA,  April 02, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1295. SHAWN ZANDERS v. THE STATE.

In 1997, a jury found Shawn Zanders guilty of kidnapping and other crimes. In 2024, Zanders filed a pro se "motion for void sentence," arguing that he was never arraigned and therefore his conviction is void. The trial court dismissed the motion on January 7, 2025, and Zanders filed both this direct appeal on February 18, 2025, and an application for discretionary review on February 25, 2025. We dismissed Zanders's discretionary application because it was untimely and challenged an allegedly void conviction. See Case No. A25D0281 (Mar. 19, 2025). We also lack jurisdiction over this direct appeal for at least two reasons.

First, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Zanders's notice of appeal was filed 42 days after entry of the order he wishes to appeal and was thus untimely.

Second, our dismissal of Zanders's application in Case No. A25D0281 renders the current appeal barred by the law of the case. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (citation and punctuation omitted); accord OCGA § 9-11-60 (h); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (a ruling on an application for discretionary appeal acts as res judicata in later proceedings); see also *Jackson v. State*, 273 Ga. 320, 320 (540

SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

   For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*___04/02/2025_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*